1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD D. CASEY** | Case No. CIV-08-2830 KJM |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 16, 2009, to July 7, 2009.   This extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

1

2  Dated: June 16, 2009                    */s/Bess M. Brewer*
                                           BESS M. BREWER
3                                          Attorney at Law

4                                          Attorney for Plaintiff

5

6
   Dated: June 16, 2009                    Lawrence G. Brown
7
                                           Acting United States Attorney
8
                                           */s/ Shea Lita Bond*
9                                          SHEA LITA BOND
                                           Special Assistant U.S. Attorney
10                                         Social Security Administration

11                                         Attorney for Defendant

12

13                                 **ORDER**

14 APPROVED AND SO ORDERED.

15 DATED: June 17, 2009.

16

17

18                                 _____
                                   U.S. MAGISTRATE JUDGE
19

20

2