1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD D. CASEY** | Case No. CIV-08-2830 KJM |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 7, 2009 to July 23, 2009.   This extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: July 6, 2009          /s/Bess M. Brewer
                             BESS M. BREWER
                             Attorney at Law

                             Attorney for Plaintiff


Dated: July 7, 2009          Lawrence G. Brown

                             Acting United States Attorney

                             /s/ Shea Lita Bond by Elizabeth Firer
                             SHEA LITA BOND
                             Special Assistant U.S. Attorney
                             Social Security Administration

                             Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: July 8, 2009.

_____
U.S. MAGISTRATE JUDGE

2