BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD D. CASEY** | Case No. CIV-08-2830 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended until September 18, 2009. This extension is required due to Plaintiff's counsel's inadvertant failure to calendar Mr. Casey's case. Counsel is unable to complete Mr. Casey's brief until September 18, 2009 due to her overwhelming briefing schedule.

/ / / /

/ / / /

/ / / /

Dated: July 31, 2009              */s/Bess M. Brewer*
                                  BESS M. BREWER
                                  Attorney at Law

                                  Attorney for Plaintiff


Dated: July 31, 2009              Lawrence G. Brown

                                  Acting United States Attorney

                                  */s/ Shea Lita Bond*
                                  SHEA LITA BOND
                                  Special Assistant U.S. Attorney
                                  Social Security Administration

                                  Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: July 31, 2009.

_____
U.S. MAGISTRATE JUDGE