1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. CASEY | Case No. CIV-08-2830 KJM |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended until October 5, 2009.   This further extension is required due to Plaintiff's counsel's unrelenting briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: October 1, 2009    /s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: October 1, 2009    Lawrence G. Brown

Acting United States Attorney

/s/ Shea Lita Bond
SHEA LITA BOND
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 2, 2009.

_____
U.S. MAGISTRATE JUDGE